UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TERRANCE HOOD, | ) |
|       Petitioner, | ) ) ) |
|       v. | )   CAUSE NO.: 3:05-CV-481-TS ) |
| CECIL DAVIS, | ) ) |
|       Respondent. | ) |

**OPINION AND ORDER**

    Petitioner Terrance Hood submitted a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. The Petition must be dismissed because the Petitioner has not exhausted his state court remedies. In his Petition, the Petitioner says he was denied credit time for receiving his GED. However, his Petition indicates that he never appealed the decision to the state court. 28 U.S.C. § 2254 (b)(1) provides that an application for writ of habeas corpus shall not be granted unless it appears that the applicant has exhausted the remedies available in the courts of the State. In other cases involving the same statute the plaintiff challenges here, an appeal to the Indiana Court of Appeals was available. *See Rodgers v. State*, 705 N.E.2d 1039 (Ind. Ct. App. 1999); *Strawhorn v. Cohn*, 721 N.E.2d 342 (Ind. Ct. App. 1999).

    Despite the requirements of § 2254(b) and availability of an appeal to the Indiana Court of Appeals, it does not appear that the Petitioner has appealed to any state court. The Petition is **DISMISSED** without prejudice for failure to exhaust state court remedies. The Petitioner's motion to proceed *in forma pauperis* is **GRANTED**.

    SO ORDERED on August 23, 2005.

                                                           s/ Theresa L. Springmann
                                                          THERESA L. SPRINGMANN
                                                          UNITED STATES DISTRICT COURT